SEYFARTH SHAW LLP
Michael F. Marino, III (*pro hac vice*)
mmarino@seyfarth.com
620 Eighth Avenue, 32nd Floor
New York, NY 10019
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

SEYFARTH SHAW LLP
Timothy M. Rusche (SBN: 230036)
trusche@seyfarth.com
333 South Hope Street, Suite 3900
Los Angeles, California 90071-1406
Telephone: (213) 270-9600
Facsimile: (310) 270-9601

SEYFARTH SHAW LLP
Rocio Herrera (State Bar No. 237139)
rherrera@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendants
ACCOR NORTH AMERICA, INC.
and MOTEL 6 Operating L.P.

Matthew J. Matern (State Bar No. 159798)
Thomas S. Campbell (State Bar No. 199014)
RASTEGAR & MATERN, ATTORNEYS AT LAW
1010 Crenshaw Boulevard, Suite 100
Torrance, California 90501
Tel. (310) 218-5500
Fax.(310) 218-1155
Attorney for Plaintiffs Monica Gould and Patricia Sanchez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA GOULD AND PATRICIA SANCHEZ, individually, and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MOTEL 6 INC., a Delaware corporation; ACCOR NORTH AMERICA, INC., a Delaware corporation; MOTEL 6 O.L.P., an unknown business entity; STUDIO 6, an unknown business entity; and DOES 1 through 100, inclusive, | Case No. CV09-08157 CAS (FMOx)<br><br>Assigned to: Hon. Christina A. Snyder<br><br>[Magistrate Judge: Fernando M. Olguin]<br><br>[~~PROPOSED~~] ORDER GRANTING PROTECTIVE ORDER RE: CONFIDENTIAL INFORMATION |

1

```
1              Defendants.       )
2                                )
                                  )  Complaint Filed: August 13, 2009
3  _____)
```

4    GOOD CAUSE APPEARING, it is hereby ORDERED that the Parties shall comply with and be bound by the provisions of the Stipulation concerning Production of Confidential Information.

   IT IS SO ORDERED.

Dated: 11-23-10

The Honorable Fernando M. Olguin
United States District Court
Magistrate Judge

2

ORDER
CASE NO. CV09-08157 CAS (FMOx)