1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**CENTRAL DIVISION**

11

Monica Gould, Patricia Sanchez and
Rosalinda Barragan, individually,
and on behalf of all other similarly
situated current and former
employees of Motel 6 Operating
L.P. and Accor North America, Inc.

Plaintiffs,

vs.

Accor North America, Inc., a
Delaware corporation;  Motel 6
O.L.P., an unknown business entity;
and DOES 1 through 100, inclusive,

Defendants.

CASE NO. CV09-08157 CAS (FMOx)

**[Hon. Christina A. Snyder]**

**[PROPOSED] ORDER GRANTING
PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT,
RELATED, AND SCHEDULING A
FINAL APPROVAL HEARING**

12
13
14
15
16
17
18
19
20

21

On June 17, 2013, the Court heard a motion by Plaintiffs Monica Gould,

22 Patricia Sanchez and Rosalinda Barragan (the "Class Representatives") for

23 Preliminary Approval of Class Action Settlement.  The Court has considered the

24 Class Action Settlement Agreement ("Settlement") and the proposed Notice of

25 Pendency of Class Action, Proposed Settlement and Hearing Date for Court

26 Approval ("Class Notice"), the Claim Form and the Exclusion Form, along with

27 the submissions of counsel, and hereby finds and orders as follows:

28

1      **ORDER GRANTING PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

1.     The Court finds on a preliminary basis that the settlement memorialized in the Class Action Settlement Agreement, filed with the Court, falls within the range of reasonableness and, therefore, meets the requirements for preliminary approval.

2.     The Court conditionally certifies, for settlement purposes only, the following class ("Class"):

> All current and former non-exempt employees employed by Defendants at a Motel 6 or Studio 6 who worked in the state of California between March 25, 2006 through the date of preliminary approval of the settlement.

The Court finds, for settlement purposes only, the requirements of Federal Rule of Civil Procedure 23(a) and Federal Rule of Civil Procedure 23(b)(3) are satisfied, with the exception of the manageability requirement of Rule 23(b)(3) that the Court need not address for purposes of settlement.

3.     This Order, which conditionally certifies a class action for settlement purposes only, shall not be cited in this or any matter for the purpose of seeking Class or collective certification or for any other purpose, other than enforcing the terms of the Settlement.

4.     The Court appoints, for settlement purposes only, Monica Gould, Patricia Sanchez and Rosalinda Barragan as the Class Representatives.

5.     The Court appoints, for settlement purposes only, THOMAS S. CAMPBELL and RASTEGAR & MATERN as Class Counsel for the purposes of Settlement and the releases and other obligations therein.  Rust Consulting, Inc. is appointed as Settlement Administrator.

6.     The Class Notice, Claim Form, and Exclusion Form, Exhibits 2, 3 and 4, to the Declaration of Thomas S. Campbell, are approved.  The Settlement Administrator is ordered to mail those documents to the Class Members as provided in the Settlement.

7.     Each Class Member who does not timely submit a Claim or Exclusion Form will have thirty (30) days after the date on which the Settlement

1    Administrator mails the Class Notice to object to the Settlement by serving on the

2    Court and one of the party's counsel, a written objection to the Settlement.

3         8.    The Court will conduct a Final Approval Hearing on **November 4,**

4    **2013**, at **10:00 a.m.** to determine the overall fairness of the settlement and to fix

5    the amount of attorneys' fees and costs to Class Counsel and enhancements to the

6    Class Representatives.  The Final Approval Hearing may be continued without

7    further notice to Class Members.  Class Counsel shall file their Motion for Final

8    Approval of Class Action Settlement on or before October 7, 2013.  Class Counsel

9    shall file their Application for Fees and Costs on or before October 7, 2013.

10   UNITED STATES DISTRICT  IT IS SO ORDERED.

11   Dated:   June 17, 2013

12

13

14   Hon. Christina A. Snyder
     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING PRELIMINARY APPROVAL**
                                                                **OF CLASS ACTION SETTLEMENT**