UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-08157-CAS-FMOx | Date | February 6, 2014 |
|---|---|---|---|
| Title | MONICA GOULD, ET AL. v. MOTEL 6, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (**In Chambers:**) MOTION TO AMEND ORDER (dkt. 121, filed January 23, 2014)

On June 17, 2013, the Court granted preliminary approval of a class-action settlement of this matter. Dkt. 101. On August 5, 2013, the parties mailed notice of the settlement to 18,280 class members. Forty-nine class members opted out, and no class members objected. On November 4, 2013, the Court granted final approval of the class-action settlement, and thereby entered final judgment. Dkt. 106 ¶ 10.

On December 16, 2013, class members Natalia Absey and Vera Moscaliuc ("Objectors") filed a motion for reconsideration and motion to vacate the order granting final approval of settlement. Dkt. 112. The Court denied this motion on January 23, 2014. Dkt. 121.

Objectors now move to amend the Court's order denying their motion for reconsideration. Counsel for Objectors represents that, although the motion for reconsideration was filed on the Electronic Case Filing ("ECF") system on December 16, 2013, objectors in fact attempted to file the motion on November 22, 2013. Counsel for Objectors further states that he was instructed by the Clerk of Court not to file the motion for reconsideration until after the Court ruled on Objectors' motion for leave to exceed the local rule page limitations. Dkt. 108. Objectors seek to amend the Court's order to reflect that their motion was filed on November 22, 2013, within the Fed. R. Civ. P. 59(e) 28-day window for filing motions to alter or amend a judgment.

The Court's prior order denied Objectors' motion for reconsideration on the merits, rather than as untimely under Rule 59(e). Accordingly, the Court declines to amend its prior order, which correctly reflects that the motion for reconsideration was filed on ECF

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | 2:09-cv-08157-CAS-FMOx | Date | February 6, 2014 |
|---|---|---|---|
| Title | MONICA GOULD, ET AL. v. MOTEL 6, INC., ET AL. | | |

on December 16, 2013.  To the extent necessary to clarify the record, the Court finds that Objectors' motion for reconsideration was timely filed.  Objectors' motion to amend is otherwise DENIED.

   IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |